UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00205-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CRISANTO HINOJOSA-RAMIREZ,

    Defendant.

---

## ORDER SETTING CHANGE OF PLEA HEARING

The Change of Plea hearing in this matter is set for **March 13, 2006 at 8:30 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

DATED this 6th day of January, 2006.

                **BY THE COURT:**

                *Marcia S. Krieger*

                Marcia S. Krieger
                United States District Judge